# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| ANNE WILSON, | : No. 65 EM 2015 |
| Petitioner | : |
| v. | : |
| HONEYWELL, INC., (FORMERLY ALLIED SIGNAL INC.) AND TRAVELERS INSURANCE COMPANY, | : |
| Respondents | : |

| | |
|---|---|
| ANNE WILSON, | : No. 66 EM 2015 |
| Petitioner | : |
| v. | : |
| TRAVELERS INSURANCE COMPANY AND ALLIED SIGNAL, INC., | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of July, 2015, as the challenged order is not a final one, the Petition for Allowance of Appeal is **DISMISSED**. *See* 42 Pa.C.S. §724(a) (stating that only final orders of the Commonwealth Court, sitting in its appellate jurisdiction, may be challenged through allocatur review).